No. 700.—MARIE CELESTE DERBY, Widow, etc. v. WILLIAM ROBERT-
SON, Testamentary Executor.

The Parish Court is without jurisdiction in a suit for a moneyed demand where the amount claimed is above five hundred dollars. Constitution, article 87; Swan v. Gayle, ante. page 478.

APPEAL from the Parish Court of the parish of Iberia. *Etie*, Parish Judge. *James A. Breaux*, for plaintiff and appellee. *DeBlanc & Perry*, for defendant and appellant.

TALIAFERRO, J. This suit was brought in the Parish Court of Iberia against the executor of Leonard J. Smith, deceased, upon three several promissory notes, each for the sum of three thousand dollars, with interest, and secured by mortgage on a tract of land in that parish. The defendant filed an exception to the jurisdiction of the court, which being overruled, he answered, and the case going to trial, judgment was rendered as prayed for, and the defendant has appealed.

The exception should have been sustained. See the case of Swan v. Gayle, decided at the late term of this court at Monroe, 21 An. page 478.

It is therefore ordered, adjudged and decreed that the judgment of the Parish Court be annulled, avoided and reversed. It is further ordered that this suit be dismissed at plaintiff's costs.